In the Matter of the Claim of JOHN ANTTONEN, Respondent, against LAAKSO BUILDERS, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued January 10, 1933; decided January 24, 1933.)

*Dickinson S. Talley* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.